# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1279

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Byron James Miller, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:  September 12, 2003
Filed:  September 15, 2003

_____

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Byron James Miller appeals the District Court's[1] order denying his 18 U.S.C. § 3582(c)(2) (2000) motion. Having carefully reviewed the record, we agree with the District Court that Miller is not entitled to a sentence reduction based on Amendment 635 to the Sentencing Guidelines, which revised the commentary of U.S.S.G. § 3B1.2 (2002) (mitigating role in offense). See U.S. Sentencing Guidelines Manual app. C, Amendment 635 (Supp. 2002). Among other things, Amendment 635 is not listed in U.S.S.G. § 1B1.10(c) (2002). See U.S.S.G. § 1B1.10(a) (2002)

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

(sentence reduction is authorized under § 3582(c)(2) where defendant's Guidelines range has been lowered as result of amendment listed in subsection (c); sentence reduction not otherwise authorized); <u>United States v. King</u>, 280 F.3d 886, 891 (8th Cir. 2002) (Congress gave Sentencing Commission explicit power, implemented in § 1B1.10, to decide whether its amendments will be given retroactive effect), <u>cert. denied</u>, 537 U.S. 965 (2002).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.